UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> THE STATE OF TENNESSEE *ex rel.* ) <br> JOHN D. HAMMOND, M.D., ) <br> ) <br> *Plaintiffs / Relator*, ) <br> ) <br> v. ) <br> ) <br> PYSICIAN SERVICES OF CLEVELAND, ) <br> P.C. and MCKESSON CORPORATION, ) <br> ) <br> *Defendants.* ) <br> ) | Case No. 1:13-cv-202 <br><br> Judge Mattice |

## **ORDER**

On September 25, 2014, the Court entered an Order directing the United States and the State of Tennessee (collectively, "the Government") to show cause why this action (and all documents appearing on the Court's docket) should not be unsealed. (Doc. 27). The Government responded stating that it does not object to the Court's unsealing this action and all documents appear on the Court's docket. (Docs. 28, 29). However, in its response, the Government requested that the Court provide it with an extension of 120 days from the date the action is unsealed within which to notify the Court of its intervention decision and to file a complaint in intervention if it decides to intervene. (Docs. 28, 29).

Because the Government does not object to unsealing this action and all documents that appear on the Court's docket, the need for this case to remain sealed is obviated. *See* 31 U.S.C. § 3730(b)(3), (4); Tenn. Code Ann. § 71-5-183(b)(2), (4). Accordingly, the Clerk of Court is **DIRECTED** to **UNSEAL** this case.

The Government is **ORDERED** to notify the Court of its intervention decision and to file a complaint in intervention if it decides to intervene **no later than February 11, 2015**.

**SO ORDERED** this 14th day of October, 2014.

                                              */s/ Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE